IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
NOAH DAVID KOSTON,             *
                               *
     Plaintiff,                *
                               *
v.                             *
                               *   CV 116-195
RICHARD ROUNDTREE, in his      *
capacity as Sheriff of the     *
Richmond County Georgia        *
Sheriff's Office et al.,       *
                               *
     Defendants.               *
                               *
                               *
```

**O R D E R**

Currently before the Court is the parties' second joint motion to stay. (Doc. 21.) Because the parties believe they will be able to settle this matter, they request a 45-day stay. Upon consideration, the Court **GRANTS** the parties' motion, and this case is hereby **STAYED** for **45 days**. At the end of the stay, the parties shall file either a stipulation of dismissal or a joint status report. Also, the Court **DENIES AS MOOT** the parties' first motion to stay. (Doc. 20.)

**ORDER ENTERED** at Augusta, Georgia this 27th day of February, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA