IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| NOAH DAVID KOSTON, | * |
| Plaintiff, | * |
| v. | * |
| | * CV 116-195 |
| RICHARD ROUNDTREE, in his capacity as Sheriff of the Richmond County Georgia Sheriff's Office et al., | * |
| Defendants. | * |

**O R D E R**

On February 27, 2017, the Court stayed this case for 45 days while the parties entered settlement negotiations. (Doc. 22.) The parties now inform the Court that they have reached a compromise and ask the Court to extend the stay for 30 days while they complete their settlement agreement. (Doc. 24.) Upon consideration, the Court **GRANTS** the parties' motion, and this case is hereby **STAYED** for **30 days**. At the end of the stay, the parties must file either a stipulation of dismissal or a joint status report.

**ORDER ENTERED** at Augusta, Georgia this 19th day of April, 2017.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA