IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NOAH DAVID KOSTON, | * | |
| Plaintiff, | * | |
| v. | * | CV 116-195 |
| RICHARD ROUNDTREE, in his capacity as Sheriff of the Richmond County Georgia Sheriff's Office et al., | * | |
| Defendants. | * | |

**O R D E R**

This case has been stayed since February 27, 2017, while the parties negotiated a settlement. (See Doc. 22.) The parties now ask the Court to extend the stay for 14 days. (Doc. 26.) Upon consideration, the Court **GRANTS** the parties' request and extends the stay for **14 days**. The parties must file their stipulation of dismissal by June 2, 2017.

**ORDER ENTERED** at Augusta, Georgia this ___19th___ day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA