IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| NOAH DAVID KOSTON, | * | |
| Plaintiff, | * | |
| v. | * | CV 116-195 |
| RICHARD ROUNDTREE, in his Capacity as Sheriff of the Richmond County Georgia Sheriff's Office, *et al.*, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the parties' stipulation of dismissal. (Doc. 29.) The stipulation is signed by all parties in the case. (<u>Id.</u>) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA